JOHN KOE
PO BOX 527
NOVELTY OH 44072-0527



CERTIFIED MAIL



Retail

7020 1290 0000 0868 9895

44113

RDC 99

**U.S. POSTAGE PAID**
FCM LETTER
CHAGRIN FALLS, OH
FEB 02, 2024

**$5.32**

R2305P149778-12

CLERK, DISTRICT COURT
801 W SUPERIOR AVE
CLEVELAND OH 44113

44113-183025