## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN KOE,** | ) | **CASE NO. 1:24 CV 0024** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAVID A. RUIZ** |
| | ) | |
| **v.** | ) | |
| | ) | **JUDGMENT ENTRY** |
| **UNIVERSITY HOSPITALS** | ) | |
| **HEALTH SYSTEM, INC.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons stated in this Court's Memorandum of Opinion, this action is dismissed.

Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision

could not be taken in good faith.

      **IT IS SO ORDERED.**


Dated: February 23, 2024                   s/ *David A. Ruiz*
                                            David A. Ruiz
                                            United States District Judge