United States District Court for the Northern
District of Ohio

Docket Number 1:24-cv-00024

John Koe,

    Plaintiff

v.

University Hospitals Health System, Inc., et al.,

    Defendants

Notice of Appeal

FILED
MAR 22 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

    John Koe appeals to the United States Court of Appeals for the Sixth Circuit Circuit from the final judgment entered on February 23, 2024.

John Koe
PO Box 527
Novelty OH 44072-0527

Tel: (330) 732-5001

Plaintiff, self-represented