United States District Court

Northern District of Ohio

**FILED**

JAN 1 3 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Docket No. 1:24-CV-00024

| | |
|---|---|
| John Koe<br>(aka. Nicholas Krudy), )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>University Hospitals Health )<br>System, Inc. & University Hospitals )<br>Cleveland Medical Center, )<br>)<br>Defendants ) | **Amended Notice of Appeal** |

John Koe (aka. Nicholas Krudy) appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on February 23, 2024 (ECF 7) and from the final order denying relief from judgment entered on December 18, 2024. (ECF 15).

Dated: January 13, 2025

_/s/ Nicholas Krudy_

Nicholas Krudy
(fka pseudonym John Koe)

PO Box 527
Novelty OH 44072-0527

Plaintiff, for himself

CERTIFICATE OF SERVICE

    I hereby certify that on January 13, 2025, I deposited a copy of the foregoing Notice of Appeal with the Clerk of the United States Court for the Northern District of Ohio. When the Clerk scans and uploads the document into CM/ECF, notice of this filing and service will be sent to all parties who are CM/ECF system users.

*/s/ Nicholas Krudy*

Nicholas Krudy
(fka pseudonym John Koe)