UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOHN KOE, | ) | CASE NO. 1:24-CV-00024 |
|     Plaintiff, | ) ) | JUDGE DAVID A. RUIZ |
| v. | ) ) ) | |
| UNIVERSITY HOSPITALS HEALTH SYSTEMS, INC., *et al.*, | ) ) ) | ORDER |
|     Defendant. | | |

Before the court are two motions filed by Plaintiff: (1) for enlargement of time within which to serve various defendants (R. 11); and (2) to amend the case caption so as to replace the Plaintiff's pseudonym with his legal name. R. 13. The Defendants did not respond to these two motions and each of these motions were filed after this court dismissed the case and Plaintiff filed an appeal of that dismissal with Sixth Circuit. *See*, R. 6 (dismissal order entered February 23, 2024); R. 9 (notice of appeal filed March 22, 2024); R. 11 (motion for enlargement of time filed April 3, 2024); and R. 13 (motion to amend the caption filed September 11, 2024). Although Plaintiff filed the two motions after dismissal and appeal of this case, they remain pending on the docket and the court now makes clear that it denies both the motion for enlargement of time to serve various defendants (R. 11) and the motion to amend the case caption (R. 13) as moot.

    IT IS SO ORDERED.

Dated: March 19, 2025

                                                                               s/ *David A. Ruiz*
                                                                               David A. Ruiz
                                                                               United States District Judge